PER CURIAM. Motions to dismiss appeals denied, on condition that the defendant secure the respondents by undertakings upon appeal, place cases on the March calendar of this court, and be ready for argument when reached; otherwise, motions granted, with $10 costs.

In re SMITH. (Supreme Court, Appellate Division, First Department. February 17, 1911.) In the matter of Carroll F. Smith, as treasurer, etc. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SMITH et al., Respondents, v. COHEN, Appellant, et al. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Action by Howard J. Smith and others against Mark H. Cohen, impleaded with others. I. T. Flatto, for appellant. L. W. Thompson, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SMITH v. FOX CONST. CO. (Supreme Court, Appellate Division, First Department. January 13, 1911.) Action by Howard J. Smith against the Fox Construction Company. No opinion. Motion granted. Order filed.

SMITH, Respondent, v. MICHAELS, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Sidney A. Smith, as administrator, etc., of George Smith, deceased, against Joseph Michaels. No opinion. Judgment and order unanimously affirmed, with costs.

SMITH, Respondent, v. MICHAELS, Appellant. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by Sidney A. Smith, as administrator, etc., against Joseph Michaels. No opinion. Motion denied, without costs. See, also, supra.

SMITH et al., Respondents, v. ROTH, Appellant, et al. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Action by Howard J. Smith and others against Isaac Roth, impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SMITH, Appellant, v. THOMPSON, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Action by Herbert J. Smith against Henry S. Thompson, as Commissioner, etc. H. Moore, for appellant. H. Crone, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SMITH, Respondent, v. TRAVELERS' INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 8, 1911.) Action by Alice W. Smith, as administratrix, etc., of Clark M. Smith, deceased, against the Travelers' Insurance Company. No opinion. Judgment and orders reversed, as against the weight of evidence, and new trial granted, with costs to appellant to abide event.

In re SMITH'S WILL. (Supreme Court, Appellate Division, Third Department. March 8, 1911.) In the matter of proving the last will and testament of Richard W. Smith, deceased. No opinion. Decree unanimously affirmed, with costs.

SNELLING et al., Respondents, v. OHASHI, Appellant. (Supreme Court, Appellate Division, Second Department. February 10, 1911.) Action by William W. Snelling and another against Hydesaburo Ohashi. No opinion. Judgment of the Municipal Court affirmed, with costs.

SOBEL, Respondent, v. COUNES, Appellant. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Action by Sem Sobel against John Counes. P. Armitage, for appellant. R. L. Turk, for respondent. No opinion. Order (69 Misc. Rep. 422, 125 N. Y. Supp. 893) affirmed, with $10 costs and disbursements. Order filed.

In re SOLOTAROFF. (Supreme Court, Appellate Division, First Department. January 27, 1911.) In the matter of David H. Solotaroff. No opinion. Reference ordered to official referee. Settle order on notice.

SOSINSKI, Appellant, v. CITY OF DUNKIRK, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 1, 1911.) Action by Stella Sosinski against the City of Dunkirk.

PER CURIAM. Judgment reversed, and new trial ordered, with costs to appellant to abide event. Held, that the questions of negligence and contributory negligence, under the evidence, were for the jury, and should not be determined by the court.

McLENNAN, P. J., and ROBSON, J., dissent, upon the ground that the evidence fails to establish negligence on the part of the defendant.

SPEISER, Respondent, v. A. LUBIN CO., Appellant. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Eva Speiser, an infant, against the A. Lubin Company. J. H. Buck, for appellant. L. F. Fish, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SPEISER v. A. LUBIN CO. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Action by Eva Speiser, an infant, etc., against the A. Lubin Company. No opinion. Motions denied, with $10 costs. Orders filed. See, also, supra.

SPRAGUE et al., Respondents, v. LOCKHARDT et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by Joshua M. Sprague